UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD ROSE,<br><br>    Petitioner,<br><br>    v.<br><br>J. DOERER, Warden,[1]<br><br>    Respondent. | Case No. 1:25-cv-00461-HBK (HC)<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR A STAY OF BRIEFING IN LIGHT OF LAPSE OF APPROPRIATIONS<br><br>(Doc. No. 13)<br><br>ORDER DIRECTING RESPONDENT TO RETURN CONSENT/DECLINE TO JURISDICTION OF MAGISTRATE JUDGE FORM WITHIN FIVE (5) DAYS |

    Pending before the Court is Respondent's motion for a stay of briefing in light of the lapse of appropriations to the Department of Justice at the end of the day on September 30, 2025, which also affected the Bureau of Prisons ("BOP"). (Doc. No. 13). Respondent requests a stay of briefing until Congress has restored appropriations in order to provide the information necessary to effectively respond to Petitioner's arguments. (*Id*.).

    The court is vested with broad discretion to stay a case. *Clinton v. Jones*, 520 U.S. 681, 705 (1997) (citing *Landis v. North American Co.*, 299 U.S. 248, 254 (1936)). As a rule, "stays

---

[1] Upon screening of his initial petition, the Court found the petition incorrectly named "The United States of America" as Respondent. (Doc. No. 4). In his first amended petition (Doc. No. 6), Petitioner corrected the deficiency and named J. Doerer, Warden as the proper respondent.

1

should not be indefinite in nature." *Dependable Highway Exp., Inc. v. Navigators Ins. Co.*, 498 F.3d 1059, 1066-67 (9th Cir. 2007). If a stay is especially long or indefinite, a greater showing is required to justify it and the court must "balance the length of any stay against the strength of the justification given for it." *Yong v. I.N.S.*, 208 F.3d 1116, 1119 (9th Cir. 2000). For good cause shown, the Court that a stay of the briefing schedule is appropriate.

The Court also notes that Respondent has failed to comply with the Court's orders directing return of the Consent/Decline to Jurisdiction of Magistrate Judge form (Doc. Nos. 7, 11) and directs the return the form no later than five (5) days of the entry of this order.

Accordingly, it is **ORDERED:**

1. Respondent's unopposed motion to stay (Doc. No. 13) is GRANTED.
2. The briefing schedule is hereby STAYED.
3. No later than seven (7) days after Congress has restored appropriations to the Department of Justice, Respondent shall file a request to lift the stay and a proposed briefing schedule.
4. No later than five (5) days from the entry of this order, Respondent shall return the Consent/Decline to Jurisdiction of a Magistrate Judge form.
5. The Clerk of Court is directed to reissue the Consent/Decline to Jurisdiction of a Magistrate Judge form to Respondent.
6. The Clerk of Court is directed to update the docket to reflect J. Doerer, Warden as proper Respondent.

Dated:  October 21, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE